**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PRIORITY-1, INC.**                                                            **PLAINTIFF**

**v.**                                    **Case No. 4:21-cv-00002 KGB**

**KITCHEN & BATH
MASTERS, INC.**                                                          **DEFENDANT**

## ORDER

Before the Court is plaintiff Priority-1, Inc.'s motion to enforce settlement (Dkt. No. 28). The Court denies without prejudice the motion to enforce settlement based on the Court's discussion with the parties during a recent telephonic hearing regarding options for proceeding and based on Priority-1, Inc.'s representation in the parties' March 22, 2024, joint status report of its intention to file a "supplemental motion to enforce settlement" (Dkt. Nos. 32–33, 35).

It is so ordered this the 30th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge